

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP N. SMITH, JR.
3  BRANDON C. JAROCH
   Assistant United States Attorneys
4  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada  89101
5  PHONE: (702) 388-6503
6  FAX: (702) 388-6418
   Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SEALED CRIMINAL INDICTMENT |
| ) | |
| PLAINTIFF, ) | 2:16-CR-___52___ |
| ) | |
| vs. ) | VIOLATIONS: |
| ) | |
| REGGIE PRATT, aka, ) | 21 U.S.C. §§ 846, 841(a)(1), and |
| "Reg Wak," ) | 841(b)(1)(A)(ii) – Conspiracy to Distribute a |
| RONALD SMITH, ) | Substance; |
| ANTONIO RANDOLPH, aka, ) | |
| "Tone Mak," ) | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – |
| DYWON JOHNSON, aka, ) | Distribution of a Controlled Substance; |
| "Young Gotti," ) | |
| TODD JOHNSON, ) | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – |
| DOMINIQUE GRACE, aka, ) | Possession of a Controlled Substance with |
| "Tech," ) | Intent to Distribute; |
| ANTOINE EVANS, aka, ) | |
| "Squeeze," and ) | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – |
| TORRENCE DOUGLAS, aka, ) | Distribution of a Controlled Substance |
| "Face," ) | |
| ) | 18 U.S.C. § 924(c)(1)(A) – Possession of a |
| DEFENDANTS. ) | Firearm During, in Relation to, and in |
| | Furtherance of a Drug Trafficking Crime; |
| | |
| | 21 U.S.C. §§ 856(a)(1) and 856(b) – |
| | Maintaining a Drug-Involved Premises; and |
| | |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon |
| | in Possession of a Firearm. |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
Conspiracy to Distribute a Controlled Substance

From a date unknown, to on or about February 12, 2016, in the State and Federal District of Nevada,

**REGGIE PRATT,
RONALD SMITH,
ANTONIO RANDOLPH,
DYWON JOHNSON,
TODD JOHNSON,
DOMINIQUE GRACE,
ANTOINE EVANS, and
TORRENCE DOUGLAS,**

defendants herein, did knowingly conspire to distribute 280 grams and more of a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(iii).

## COUNT TWO
Distribution of a Controlled Substance

On or about June 9, 2011, in the State and Federal District of Nevada,

**ANTONIO RANDOLPH,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
Distribution of a Controlled Substance

On or about June 30, 2011, in the State and Federal District of Nevada,

**ANTONIO RANDOLPH,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
Possession of a Controlled Substance with Intent to Distribute

On or about July 14, 2011, in the State and Federal District of Nevada,

**ANTONIO RANDOLPH,**

defendant herein, did knowingly possess with intent to distribute 28 grams and more of a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT FIVE
Distribution of a Controlled Substance

On or about January 30, 2013, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
Distribution of a Controlled Substance

On or about February 28, 2013, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN
Distribution of a Controlled Substance

On or about March 22, 2013, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT
Possession of a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime

On or about March 29, 2013, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

defendant herein, during and in relation to and in furtherance of the drug trafficking crime charged in Count One of this Indictment, knowingly and intentionally possessed a firearm, to wit: a KBI Inc. 7.62 caliber semi-automatic rifle bearing serial number CW16399, in violation of Title 18, United States Code, Section 924(c)(1)(A).

4

## COUNT NINE
Felon in Possession of a Firearm

On or about March 29, 2013, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Attempt Possession of Controlled Substance with Intent to Sell, in the Eighth Judicial District Court, Clark County, on or about March 29, 2007, in Case No. C223598, did knowingly possess a firearm, to wit: a KBI Inc. 7.62 caliber semi-automatic rifle bearing serial number CW16399, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TEN
Maintaining a Drug-Involved Premises

From a date unknown, to on or about March 29, 2013, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

defendants herein, did knowingly and intentionally use and maintain a place located at 517 Jefferson Avenue, Las Vegas, Nevada 89106, for the purpose of manufacturing and distributing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and 856(b).

## COUNT ELEVEN
Distribution of a Controlled Substance

On or about May 7, 2013, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE
Distribution of a Controlled Substance

On or about January 10, 2014, in the State and Federal District of Nevada,

**REGGIE PRATT,**

defendant herein, did knowingly distribute 28 grams and more of a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT THIRTEEN
Distribution of a Controlled Substance

On or about January 15, 2014, in the State and Federal District of Nevada,

**ANTOINE EVANS,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOURTEEN
### Distribution of a Controlled Substance

On or about February 4, 2014, in the State and Federal District of Nevada,

**REGGIE PRATT**,

defendant herein, did knowingly distribute 28 grams and more of a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT FIFTEEN
### Distribution of a Controlled Substance

On or about August 14, 2014, in the State and Federal District of Nevada,

**DYWON JOHNSON**, and
**TORRENCE DOUGLAS**,

defendants herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTEEN
### Distribution of a Controlled Substance

On or about August 15, 2014, in the State and Federal District of Nevada,

**REGGIE PRATT**,

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTEEN
Maintaining a Drug-Involved Premises

From a date unknown, to on or about August 21, 2014, in the State and Federal District of Nevada,

### ANTONIO RANDOLPH,

defendant herein, did knowingly and intentionally use and maintain a place located at 409 West Van Buren Avenue #7, Las Vegas, Nevada 89106 for the purpose of manufacturing and distributing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and 856(b).

## COUNT EIGHTEEN
Maintaining a Drug-Involved Premises

From a date unknown, to on or about August 21, 2014, in the State and Federal District of Nevada,

### ANTONIO RANDOLPH,

defendant herein, did knowingly and intentionally use and maintain a place located at 409 West Van Buren Avenue #8, Las Vegas, Nevada 89106 for the purpose of manufacturing and distributing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and 856(b).

## COUNT NINETEEN
Distribution of a Controlled Substance

On or about August 25, 2014, in the State and Federal District of Nevada,

**REGGIE PRATT,**

defendant herein, did knowingly distribute 28 grams and more of a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT TWENTY
Possession of a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime

On or about August 28, 2014, in the State and Federal District of Nevada,

**REGGIE PRATT,**

defendant herein, during and in relation to and in furtherance of the drug trafficking crime charged in Count One of this Indictment, knowingly and intentionally possessed a firearm, to wit: a Hi Point .380 caliber pistol bearing serial number P744178; a Hi Point 9-millimeter pistol bearing serial number: 824146; a Norinco 7.62 caliber semi-automatic rifle bearing serial number MS019927; and an Omni AR-15 .223 caliber semi-automatic rifle bearing serial number AR49635, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT TWENTY-ONE
Felon in Possession of a Firearm

On or about August 28, 2014, in the State and Federal District of Nevada,

**REGGIE PRATT,**

having been convicted of crimes punishable by imprisonment for a term exceeding one

year, in the State of Nevada, to wit: Robbery, in the Eighth Judicial District Court, Clark County, on or about March 4, 1999, in Case No. C148680; and Conspiracy to Discharge Firearm at or into a Structure, in the Eighth Judicial District Court, Clark County, on or about September 12, 2002, in Case No. C185319, did knowingly possess a firearm, to wit: a Hi Point .380 caliber pistol bearing serial number P744178; a Hi Point 9-millimeter pistol bearing serial number: 824146; a Norinco 7.62 caliber semi-automatic rifle bearing serial number MS019927; and an Omni AR-15 .223 caliber semi-automatic rifle bearing serial number AR49635, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWENTY-TWO
Maintaining a Drug-Involved Premises

From a date unknown, to on or about August 28, 2014, in the State and Federal District of Nevada,

**RONALD SMITH,**

defendant herein, did knowingly and intentionally use and maintain a place located at 1910 Ferrell Street, #A10, Las Vegas, Nevada 89106, for the purpose of manufacturing and distributing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and 856(b).

## COUNT TWENTY-THREE
Possession of a Controlled Substance with Intent to Distribute

On or about August 28, 2014, in the State and Federal District of Nevada,

**RONALD SMITH,**

defendant herein, did knowingly possess with intent to distribute 28 grams and more of a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

### COUNT TWENTY-FOUR
Distribution of a Controlled Substance

On or about September 27, 2014, in the State and Federal District of Nevada,

**DYWON JOHNSON, and**
**TORRENCE DOUGLAS,**

defendants herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWENTY-FIVE
Possession of a Controlled Substance with Intent to Distribute

On or about October 9, 2014, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

defendants herein, did knowingly possess with intent to distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWENTY-SIX
Possession of a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime

On or about October 9, 2014, in the State and Federal District of Nevada,

**DYWON JOHNSON,**

defendant herein, during and in relation to and in furtherance of the drug trafficking crime charged in Count Twenty-Four of this Indictment, knowingly and intentionally

possessed a firearm, to wit: a Glock 9-millimeter semi-automatic pistol bearing serial number FFD254; and a Smith and Wesson .40 caliber semi-automatic pistol bearing serial number TZV8400, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT TWENTY-SEVEN
Felon in Possession of a Firearm

On or about October 9, 2014, in the State and Federal District of Nevada,

**DYWON JOHNSON**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Attempt Possession of Controlled Substance with Intent to Sell, in the Eighth Judicial District Court, Clark County, on or about March 29, 2007, in Case No. C223598, did knowingly possess a firearm, to wit: a Glock 9-millimeter semi-automatic pistol bearing serial number FFD254; and a Smith and Wesson .40 caliber semi-automatic pistol bearing serial number TZV8400, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWENTY-EIGHT
Maintaining a Drug-Involved Premises

From a date unknown, to on or about October 9, 2014, in the State and Federal District of Nevada,

**DYWON JOHNSON**, and
**TORRENCE DOUGLAS**,

defendants herein, did knowingly and intentionally use and maintain a place located at 417 Leonard Avenue, Las Vegas, Nevada 89106 for the purpose of manufacturing and distributing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and 856(b).

## COUNT TWENTY-NINE
### Distribution of a Controlled Substance

On or about February 12, 2016, in the State and Federal District of Nevada,

**TODD JOHNSON,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: this 23rd day of February, 2016.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*[signature]*

PHILLIP N. SMITH, JR.
BRANDON C. JAROCH
Assistant United States Attorneys