PHILIP H. BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Suite #130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Phil@thelasvegasdefender.com
Attorney for Defendant Todd Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>     vs.<br><br>REGGIE PRATT, et. al.,<br><br>          Defendant. | CASE NO.: **2:16-CR-00052**<br><br>**TODD JOHNSON'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

Comes now, appointed counsel Phil Brown Esq., and hereby moves this Court request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

1) The calculation of Defendant Todd Johnson's criminal history will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-

/ / /

/ / /

/ / /

/ / /

plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2) Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Phillip Smith regarding this request and he has no opposition.

DATED this 23rd day of August, 2016.

*/s/ Philip H. Brown*

Philip H. Brown, Esq.
200 Hoover Ave, Suite #130
Las Vegas, Nevada 89101
Attorney For The Defendant
Todd Johnson

PHILIP H. BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Suite 130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Phil@thelasvegasdefender.com
Attorney for Defendant – Todd Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TODD JOHNSON,<br><br>    Defendant. | **CASE NO.: 2:16-CR-00052**<br><br>**ORDER** |

   **IT IS HEREBY ORDERED** that Defendant Todd Johnson's Unopposed Motion for a Pre-Plea Presentence Investigation Report (ECF No. 89) is **GRANTED**.

   **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare and provide to the Court by October 24, 2016, a Pre-Plea Presentence Investigation Report with the guideline calculation requested for Defendant's **criminal history only**.

                              **DATED** this <u>23</u> day of August, 2016.

                              _____
                              Gloria M. Navarro, Chief Judge
                              United States District Court

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of Brown Law Offices, Chartered, and is a person of such age and discretion as to be competent to serve papers.

That on August 23, 2016, he served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT by electronic service (ECF) to the person named below:

DANIEL BOGDON
United States Attorney

PHILLIP SMITH, ESQ.
Assistant United States Attorney

PAOLA ARMENI, ESQ.
Attorney for Dywon Johnson

OSWALDO FUMO, ESQ.
Attorney for Torrence Douglas

JENNIFER WALDO, ESQ.
Attorney for Antoine Evans

KAREN CONNOLLY, ESQ.
Attorney for Reggie Pratt

DAVID BROWN, ESQ
Attorney for Antonio Randolph

RANDALL ROSKE, ESQ.
Attorney for Dominique Grace

JOHN G. GEORGE, ESQ.
Attorney for Ronald Smith

/s/ Mary D. Brown
_____
Employee of Brown Law Offices, Chartered