**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Counsel for Todd Johnson**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TODD JOHNSON,<br><br>Defendant. | Case No.: 2:16-cr-00052-GMN-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Todd Johnson, that the Revocation Hearing date currently scheduled July 27, 2022 at 1:00 p.m. and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. The defendant is in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The requested time is not for purposes of delay. Counsel for the Government will be out of jurisdiction on July 27, 2022.
4. Counsel for Defendant will be out from August 12th through September 9, 2022.

5.     Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6.     The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

This is the first stipulation to continue the Revocation Hearing.

DATED: July 14, 2022

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By ___/s/ Todd M Leventhal___          By ___/s/ Supriya Prasad___
TODD M. LEVENTHAL                      SUPRIVA PRASAD
Counsel for Defendant                  Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Counsel for Todd Johnson**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD JOHNSON,<br><br>    Defendant. | Case No.: 2:16-cr-00052-GMN-CWH<br><br>**ORDER** |

### **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The requested time is not for purposes of delay. Counsel for the Government will be out of jurisdiction on July 27, 2022.
4. Counsel for Defendant will be out from August 12th through September 9, 2022.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

## ORDER

IT IS FURTHER ORDERED that the Revocation hearing currently scheduled for July 27, 2022 at the hour of 1:00 p.m., is vacated and continued to September 13, 2022 at the hour of 2:00 p.m.

DATED this __14__ day July 2022

BY: _____
HONORABLE JUDGE GLORIA M. NAVARRO
United States District Court Judge