**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Todd Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF  NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00052-GMN-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE** |
| v. | |
| TODD JOHNSON, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Todd Johnson, that the Revocation Hearing date currently scheduled September 13, 2022 at 2:00 p.m. and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1.      The defendant is in custody and does not object to the continuance.

2.      The parties agree to the continuance.

3.      The requested time is not for purposes of delay.

4.      Counsel for Defendant  just returned to jurisdiction and still needs to speak with the Probation Office.

5.      Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6.      The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

This is the second stipulation to continue the Revocation Hearing.


DATED: September 12, 2022


Submitted By: LEVENTHAL & ASSOCIATES, PLLC


By___/s/ Todd M Leventhal_____       By___/s/ Supriya Prasad _____
TODD M. LEVENTHAL                             SUPRIVA PRASAD
Counsel for Defendant                         Assistant United States Attorney

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Todd Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF  NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00052-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| TODD JOHNSON, | |
| Defendant. | |

## <u>FINDINGS OF FACT</u>

Based on the pending stipulation of counsel, and good cause appearing therefore, the

Court finds that:

    1.    The defendant is out of custody and does not object to the continuance.

    2.    The parties agree to the continuance.

    3.    The requested time is not for purposes of delay.

    4.    Counsel for Defendant just returned to jurisdiction and still needs to speak with

        the Probation Office.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

## **ORDER**

IT IS FURTHER ORDERED that the Revocation hearing currently scheduled for September 13, 2022 at the hour of 2:00 p.m., is vacated and continued to _November 29, 2022_ at the hour of 11:00 a.m.

DATED this _12_ day September 2022.

BY: _____

HONORABLE JUDGE GLORIA M. NAVARRO
United States District Court Judge

4